AO 91 (Rev 8/01)   Criminal Complaint

# United States District Court

SOUTHERN     DISTRICT OF     TEXAS

## McALLEN DIVISION

United States District Court
Southern District of Texas
FILED

FEB 2 6 2018

David J. Bradley, Clerk

UNITED STATES OF AMERICA

V.

**Juan Eduardo AREVALO-Gonzalez**

AKA:

    **IAE**     **YOB: 1988**

       **Mexico**

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

**Case Number:**    M-18-*0420*-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my

knowledge and belief. On or about    **February 24, 2018**    in    **Hidalgo**    County, in

the    **Southern**    District of    **Texas**    defendants(s) did,

*(Track Statutory Language of Offense)*

**being then and there an alien who previously has been deported from the United States to Mexico in pursuance of law, and thereafter was found near Rio Grande City, Texas within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;**

in violation of Title    **8**    United States Code, Section(s)    **1326**    **(Felony)**

I further state that I am a(n)    **Deportation Officer**    and that this complaint is based on the following facts:

**On February 24, 2018, Juan Eduardo AREVALO-Gonzalez a citizen of Mexico was encountered by Immigration Officers at the Starr County Jail in Rio Grande City, Texas. An Immigration Detainer was placed upon the defendant and was subsequently remanded into the custody of Immigration and Customs Enforcement on February 25, 2018. Record checks revealed the defendant was formally removed from the United States to Mexico for the second (2nd) time on July 29, 2010 via the Laredo, Texas Port of Entry. The defendant was instructed not to return without permission from the Attorney General or the Secretary of Homeland Security of the United States. The defendant claims to have illegally re-entered the United States on or about August 8, 2013 by wading the Rio Grande River at or near Rio Grande City, Texas. On June 9, 2010, the defendant was convicted of 8 USC 1326 Being found in the United States after previous deportation and sentenced to six (6) months to the custody of the United States Bureau of Prisons.**

Continued on the attached sheet and made a part of this complaint:    ☐ Yes   ☒ No

Complaint authorized by AUSA R. Guerra

Signature of Complainant

**Alfonso Lemming**

Printed Name of Complainant

Sworn to before me and subscribed in my presence,

**February 27, 2018**    3:56 pm    at    **McAllen, Texas**

Date                                         City and State

**Peter E. Ormsby**    **U.S. Magistrate Judge**

Name and Title of Judicial Officer                       Signature of Judicial Officer